NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRADFERD C. BIDNICK,**
*Petitioner*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2015-3169

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-14-0060-I-1.

---

## JUDGMENT

---

MICHAEL WILSON MACOMBER, Tully Rinckey PLLC, Albany, NY, argued for petitioner. Also represented by MATHEW B. TULLY.

GEOFFREY MARTIN LONG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, PLAGER, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 6, 2016                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                     Clerk of Court